Delton ASHBURN, Plaintiff— Appellant,

v.

Ron CHERRY, Superintendent Hampton Roads Regional Jail; Eric Jones, Lieutenant Hampton Roads Regional Jail; Tonya Hatchett, Captain Hampton Roads Regional Jail; Bloso Kalongo; Ralph Ablaseau; Nsekenne Kolongo, Doctors Hampton Roads Regional Jail, Defendants—Appellees.

No. 07–6261.

United States Court of Appeals, Fourth Circuit.

Submitted: July 31, 2007.

Decided: Aug. 16, 2007.

Delton Ashburn, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich, Pender & Coward, PC, Virginia Beach, Virginia; Coreen Antoinette Bromfield, Rawls & McNelis, PC, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

---

PER CURIAM:

Delton Ashburn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ashburn v. Cherry*, No. 1:06–cv–00935–LMB (E.D. Va. filed Jan. 23, 2007; entered Jan. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*